FILED
SALINE COUNTY
CIRCUIT CLERK
2017 JUL 17 PM 1:30
BY:_____

# IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
## CIVIL DIVISION

**JENNINE DEMOSS**                                                                  **PLAINTIFF**

**VS.**                     **Case No.** 63CV-17-633-2

**DOLGENCORP, LLC d/b/a DOLLAR GENERAL**           **DEFENDANT**

## COMPLAINT

Comes the Plaintiff, Jennine Demoss, by and through her attorney, Glenn Mathis with the Law Offices of Alan LeVar, and for her cause of action states as follows:

### PARTIES AND JURISDICTION

1. Plaintiff, Jeanine Demoss, (hereinafter referred to as "Plaintiff"), was at all times relevant to this action, and still is, an individual residing in Saline County, Arkansas.

2. Dolgencorp, LLC d/b/a Dollar General, (hereinafter referred to as "Defendant"), is a for profit company doing business in the State of Arkansas, whose registered agent for service is Corporation Service Company, 300 Spring Building, Suite 900, 300 S. Spring Street, Little Rock, AR 72201. The Defendant owns and operates Dollar General located on 3801 Benton Parkway in Benton, Saline County, Arkansas. The acts and events giving rise to this action occurred within Saline County, Arkansas.

3. This Court has jurisdiction over the parties and subject matter pursuant to this Court's jurisdiction over personal injury claims predicated on negligence, such jurisdiction granted by Ark. Code Ann. §16-13-201.

4. Venue is proper in this Court based on the location of the incident giving rise to this claim and/or the parties hereto.

Page 1 of 5/ Complaint/ *Demoss v. Dolgencorp*

## FACTS

5. Plaintiff hereby incorporates paragraphs 1 through 4 herein by reference.

6. That on or about September 27, 2015, Plaintiff traveled to Dollar General located in Benton, Saline County, Arkansas.

7. At all times relevant hereto, Plaintiff was on Defendant's said business premises, lawfully, and rightfully, as a business invitee.

8. At all times relevant hereto, Defendant controlled, maintained, operated and possessed the afore-mentioned business premises.

9. As Plaintiff was in the store, she tripped and fell on an entrance mat that had been allowed to be rolled-up and was protruding from the floor near Dollar General entrance.

10. Plaintiff fell hard upon the floor, causing injuries, resulting in pain and injuries to her body. Plaintiff was taken to the hospital, subsequently underwent medical treatment as a result of the fall and to date, the Plaintiff still suffers pain.

11. By reason of the negligence of Defendant stated herein, Plaintiff had to be seen by medical physicians and other health service providers and has been required to incur expenses for medical care and treatment.

12. By reason of the negligence of Defendant stated herein, Plaintiff suffered pain and suffering as a result of her injuries described herein.

13. As a further direct and proximate result of the negligence of the Defendant and of Plaintiff's injuries, Plaintiff has incurred lost income.

14. As a direct and proximate result of her injuries, Plaintiff suffered damages as set forth herein.

## COUNT I-NEGLIGENCE

15.     Plaintiff incorporates paragraphs 1 through 14 herein by reference.

16.     At all times relevant to this action, Defendant had a duty to Plaintiff as a business invitee to use ordinary care to maintain the premises in reasonably safe condition.

17.     Defendant knew or should have known that business invitees, including Plaintiff, would walk through the entrance area at issue while utilizing the premises, that the invitees would not be aware of the extent of the hazardous condition, and that customers would be forced to walk through that area while on the premises.

18.     Defendant owed a duty to business invitees, including Plaintiff, to anticipate the risk of harm to invitees and take precautions to guard against such harm. The Defendant breached this duty to Plaintiff.

19.     Defendant, by and through its authorized agents, employees, or representatives, breached this duty to Plaintiff by negligently failing to keep the floor free from dangerous conditions. This breach created an unsafe condition for business invitees such as Plaintiff. In the alternative, Defendant, or its authorized agents, employees, or representatives, breached the duty to the Plaintiff by allowing a rolled-up and protruding entrance mat to remain on the floor, causing an unsafe condition, for such an amount of time that Defendants knew or should have known of its presence, and failed to remove or address the dangerous situation.

20.     Defendant breached its duty to use ordinary care to maintain and inspect the premised in a reasonably safe condition for Plaintiff, who was a business invitee to which Defendant owed the highest degree of care

21.     Defendant carelessly and negligently allowed the hazardous condition to be on the relevant floor area creating an unsafe condition of the premises controlled, maintained and operated by it, and allowed such substance to remain upon the area of such premises for such a

Page 3 of 5/ Complaint/ *Demoss v. Dolgencorp*

length of time, that Defendant knew or reasonably should have known of its presence, and failed to use ordinary care to remove or address it.

22. Defendant carelessly and negligently failed to use ordinary care to maintain the premises in a reasonably safe condition.

23. Defendant carelessly and negligently failed to warn its business invitees, and more particularly the Plaintiff, of the presence of the dangerous object on the floor in the premises controlled, maintained, and operated by it, and knew or reasonably should have known that failure to warn the Plaintiff of the hazardous condition would result in injury and damages.

24. As a direct and proximate result of Defendant's acts, or failures to act, as set forth herein, Plaintiff suffered damages as stated in the Prayer for Relief.

### PRAYER FOR RFLIEF

25. Plaintiff hereby incorporates paragraphs 1 through 24 herein by reference.

26. Taking into account the nature, extent, duration, and permanency of her injuries as a direct and proximate result of the Defendant's conduct, Plaintiff is entitled to the following damages:

   a. Past and present medical care, treatment, services, expenses, and costs;
   b. Lost wages;
   c. Past and present pain, suffering, and mental anguish; and
   d. Future pain, and suffering.

27. Plaintiff respectfully requests the cost of litigating this case.

28. Plaintiff requests a trial by jury.

29. Plaintiff reserves the right to plead further in this matter, to amend the Complaint, and file additional pleadings, as allowed by the Arkansas Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully requests that this Court grant her judgment against Defendant, Dolgencorp, LLC, d/b/a Dollar General, for the relief sought herein, for her costs, and for any and all other just and proper relief to which she may be entitled.

Respectfully submitted,

Law Offices of Alan LeVar
702 Caddo Street
Arkadelphia, AR 71923
Tel:(870) 246-7070
Fax: (870)345-4579
E-mail: glenn@levarlaw.com

By: _____
Glenn Mathis, Bar No. 2015122