IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNINE DEMOSS                                                          PLAINTIFF

v.                                    Case No. 4:17-cv-00548-BRW

DOLGENCORP, LLC
d/b/a DOLLAR GENERAL                                                    DEFENDANT

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW Plaintiff, Jennine DeMoss, through undersigned counsel, and for her

Motion to Dismiss Without Prejudice.

WHEREFORE, pursuant to Fed. R. Civ. P. 41(a), and with the consent of the Defendant,

Plaintiff respectfully prays that the Court grant her Motion to Dismiss Without Prejudice.

Respectfully Submitted,

Law Offices of Alan LeVar
702 Caddo Street
Arkadelphia, AR  71923
Tel: (870) 246-7070
Fax: (870) 345-4579
E-mail:  glenn@levarlaw.com

By:____/s/ Glenn Mathis_____
       Glenn Mathis, Ark. Bar. No. 2015122

*Attorney for Jennine Demoss*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 1, 2018, a true and correct copy of the foregoing was served, via electronic and regular U.S. mail, on the following:

Tommy Williams
Quattlebaum, Grooms, & Tull, PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
jbrooks@qgtlaw.com


  /s/ Glenn Mathis
Glenn Mathis

2